FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 25-30875-SWE | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | WILLIAM NOBLE RARE JEWELS, L.P. | Date Filed (f) or Converted (c): | 03/12/2025 (f) |
| For the Period Ending: | 6/30/2025 | §341(a) Meeting Date: | 04/09/2025 |
| | | Claims Bar Date: | 10/09/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Plains Capital Bank Checking account 2 7 0 1 | $524.89 | $524.89 | | $524.89 | FA |
| 3 | Plains Capital Bank Checking account 4 3 8 5 | $0.49 | $0.49 | | $0.49 | FA |
| 4 | Plains Capital Bank Checking account 5 1 0 0 | $0.85 | $0.85 | | $0.85 | FA |
| 5 | Bank of America Checking account 9 2 3 8 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Accounts receivable 11a. 90 days old or less: face amount $4,435.31 - doubtful or uncollectible accounts $0.00 = $4,435.31 | $4,435.31 | $4,435.31 | | $0.00 | $4,435.31 |
| 7 | 3 Computers $1,000.00 | $1,000.00 | $0.00 | | $0.00 | $1,000.00 |
| 8 | Security system $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Secured claim filed for $7,000,000.00 against the bankruptcy estate of Joseph DuMouchelle Fine & Estate Jewellers, LLC (case no. 19-56239; Bankr.E.D.Mich.) Nature of claim Amount requested unknown | Unknown | $0.00 | | $0.00 | $0.00 |
| 10 | Unsecured claim filed for $7,000,000.00 against the bankruptcy estate of Joseph DuMouchelle and Melinda J. Adducci (case no. 19-54531; Bankr.E.D.Mich.) Nature of claim Amount requested unknown | Unknown | $0.00 | | $0.00 | $0.00 |
| 11 | Employee Retention Credit | $66,000.94 | $49,500.70 | | $70,436.25 | FA |
| 12 | over payment of 941 taxes for period ending 9/30/2020 (u) | Unknown | $19,683.78 | | $0.00 | $19,683.78 |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $71,962.48 | $74,146.02 | | $70,962.48 | $25,119.09 |

**Major Activities affecting case closing:**

06/30/2025  Trustee is investigating financial affairs of the debtor.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 2

| Case No.: | 25-30875-SWE | Trustee Name: | Scott M. Seidel |
| Case Name: | WILLIAM NOBLE RARE JEWELS, L.P. | Date Filed (f) or Converted (c): | 03/12/2025 (f) |
| For the Period Ending: | 6/30/2025 | §341(a) Meeting Date: | 04/09/2025 |
| | | Claims Bar Date: | 10/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 12/30/2029   Current Projected Date Of Final Report (TFR):

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL